**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ACELYN ZANKMAN, | : | Civil Action |
| Plaintiff | : | |
| | : | No. 13-06756 |
| v. | : | |
| THE UNIVERSITY OF PENNSYLVANIA, | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this _____ day of _____, 2014, upon consideration of the Motion for Summary Judgment and Supporting Memorandum of Law of Defendant, The Trustees of the University of Pennsylvania, and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED** in its entirety with prejudice.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACELYN ZANKMAN, | : | Civil Action |
| Plaintiff | : | |
| | : | No. 13-06756 |
| v. | : | |
| | : | |
| THE UNIVERSITY OF PENNSYLVANIA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**MOTION FOR SUMMARY JUDGMENT OF
DEFENDANT, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA**

Defendant, The Trustees of the University of Pennsylvania ("Penn" or "Defendant"), by and through its undersigned counsel, hereby moves this Court, pursuant to Fed. R. Civ. P. 56, to enter summary judgment in its favor and against Plaintiff, Acelyn Zankman ("Plaintiff").  The bases for this Motion are set forth in the accompanying Statement of Undisputed Material Facts and Memorandum of Law, which are incorporated herein by reference.

**WHEREFORE**, Defendant, The Trustees of the University of Pennsylvania, respectfully requests that its Motion be granted and judgment entered in its favor.

Respectfully submitted,

/s/ JHT2465
Joe H. Tucker, Jr., Esquire
Kathleen Kirkpatrick, Esquire
**TUCKER LAW GROUP, LLC**
One Penn Center at Suburban Station
1617 John F. Kennedy Blvd, Suite 1700
Philadelphia, PA  19103
(215) 875-0609
Attorneys for Defendant,
The Trustees of the University of Pennsylvania